Mark S. Scheffer, Esquire
LAW OFFICES OF MARK S. SCHEFFER
Identification Nos. 59271
P.O. Box 111
Birchrunville, PA 19421
(610) 915-8351

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RASHEED HARVEY | : | CIVIL ACTION NO. |
| v. | : | |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : | Jury Trial Demanded |

**COMPLAINT**

1. Plaintiff, Rasheed Harvey, is a citizen of the United States of America residing therein at 734 Longshore Ave., Philadelphia, PA 19111.

2. Defendant, Trustees of the University of PA operates a hospital in Pennsylvania located at 1 Convention Ave., Philadelphia, PA 19104.

3. The causes of action set forth in this Complaint arise under the American with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §12101 *et seq.*, and the Pennsylvania Human Relations Act ("PHRA"), 43 P.S. §951 *et seq*.

4. The District Court has jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1343 and 1367.

5. At all times material hereto, Defendant acted by and through its authorized agents, servants, workmen and/or employees acting in the course and scope of their employment with Defendant and in furtherance of Defendant's business.

6. Plaintiff worked for Defendant for approximately 13 years before his termination

on or about January 29, 2025. At the time of his termination he was a Certified Nursing Assistant.

7. On or about November 23, 2023, Mr. Harvey sustained injuries to his lower back and right shoulder while working for Defendant.

8. After being out of work for less than two months, Mr. Harvey returned to a light duty position under restrictions from lifting, pushing or pulling more than 40 pounds.

9. In September of 2024, the position Mr. Harvey held when he was injured was filled by another employee.

10. Mr. Harvey was released by doctors to return to work full duty, and informed Shane Weaver of the same via email on October 23, 2024.

11. After being released to return to work full duty, Mr. Harvey applied for numerous positions, including the following (job ID-position, date applied): 237354-unit secretary, 10/30/24; 234976-anesthesia technician, 11/20/2024; 240361-unit secretary, 11/26/2024; 242242-nursing support associate, 12/04/24; 234991-anesthesia technician, 12/04/24; 230138-medical assistant, 12/4/24; 230002-unit secretary, 12/04/24; 239005-nursing assistant, 12/19/24; 223566-unit secretary, 12/27/24; 225390-nursing assistant, 12/27/24; and, 244820-radiology aide, 01/22/25.

12. Mr. Harvey was rejected for all positions for which he applied.

13. On or about January 28, 2025, Defendant terminated Mr. Harvey's employment.

14. On or about July 01, 2025, Mr. Harvey formally signed a charge of discrimination making claims of an ADA violation by Defendant, which charge was subsequently served on Defendant by the United States Equal Employment Opportunity Commission ("EEOC").

15. The charge was also dual-filed with the Pennsylvania Human Relations

Commission.

16. On or about July 15, 2026, the EEOC issued a dismissal notice and right to sue on the charge.

**COUNT I – ADA**

17. Plaintiff incorporates herein by reference Paragraphs 1 through 16 above as if set forth herein in their entirety.

18. Mr. Harvey had a disability, a record of a disability, or was perceived to have a disability by Defendant within the meaning of the ADA by reason of the injuries to his back and right shoulder, medical treatment for the same, and Defendant's perception of the same.

19. Defendant violated the ADA by rejecting Mr. Harvey for numerous positions for which he applied, and in terminating his employment because of his disability.

20. As a direct and proximate result of Defendant's violation of the ADA, Plaintiff has suffered, and continues to suffer, a loss of earnings, loss of earning capacity, loss of benefits, pain and suffering, upset, emotional anguish, loss of life's pleasures, attorneys' fees and costs.

**COUNT II – PHRA**

21. Plaintiff incorporates herein by reference paragraphs 1 through 20 above as if set forth herein in their entirety.

22. Defendant's actions, which violated the ADA, also violated the PHRA.

23. As a direct and proximate result of Defendant's violation of the PHRA, Plaintiff has suffered, and continues to suffer, a loss of earnings, loss of earning capacity, loss of benefits, pain and suffering, upset, emotional anguish, loss of life's pleasures, attorneys' fees and costs.

**RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant:

(a) Declaring Defendant's actions to be in violation of the ADA and/or the PHRA;

(b) Awarding Plaintiff reinstatement to an appropriate position with Defendant;

(c) Awarding compensatory damages to Plaintiff to make Plaintiff whole for all lost earnings, past and future, which Plaintiff has suffered as a result of Defendant's improper and discriminatory treatment, including, but not limited to, past and future wages, lost earning capacity, pension and other lost benefits;

(d) Awarding compensatory damages to Plaintiff for emotional upset, mental anguish, humiliation, loss of life's pleasures, and pain and suffering;

(e) Awarding Plaintiff's costs of this action, together with reasonable attorney's fees;

(f) Awarding Plaintiff punitive damages and such other damages as are appropriate under the ADA and PHRA; and,

(g) Granting such other and further relief as the court deems appropriate.

Respectfully submitted,

/s/ Mark S. Scheffer
Mark S. Scheffer, Esquire
LAW OFFICES OF MARK S. SCHEFFER
P.O. Box 111
Birchrunville, PA 19421
(610) 915-8351

Attorney for Plaintiff